ANGELINA BARBUTO and ANTHONY BARBUTO, Respondents, v. JOSEPH BARBERA, Also Known as CAPTAIN JOSEPH BARBERA, Appellant.— In an action for money had and received, order of the Appellate Term affirming a judgment of the Municipal Court of the City of New York, Borough of Brooklyn, in favor of plaintiffs, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

ISIDORE J. BEAUDRIAS, Respondent, v. THE CITY OF NEW YORK, Appellant.— In an action to recover the reasonable value of legal services rendered, judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

ANNA BLOMQUIST, Respondent, v. BROOKLYN BUS CORPORATION, Appellant.— In an action for personal injuries sustained by plaintiff when an automobile in which she was a passenger collided with defendant's bus at an intersection, judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

BROOKLYN FREE KINDERGARTEN SOCIETY and Others, Appellants, v. ELBRAN REALTY CORP. and Others, Respondents, and Others, Defendants.— Action to foreclose a mortgage on real property. Judgment dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.